# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Education Committee of the Louisiana Bar Foundation |
| 2. | Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. | Member | Community Advisory Board for Le Petit Theatre |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | McGlinchey Stafford PLLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tarleton State University and Texas A&M School of Law | 2/14/18 - 2/16/18 | Fort Worth, TX | Conference | Travel |
| 2. | University of Houston Law Center | 10/26/18 | Houston, TX | Conference | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Neighbors Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | K | T | | | | | |
| 3. Apache Corp | A | Int./Div. | J | T | Buy (add'l) | 02/23/18 | J | | |
| 4. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 5. | | | | | Buy (add'l) | 08/23/18 | J | | |
| 6. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 7. Dover Corporation | | None | | | Buy (add'l) | 03/16/18 | J | | |
| 8. | | | | | Sold | 06/13/18 | J | C | |
| 9. C V S Health Corp (formerly C V S Caremark Corp) | A | Int./Div. | J | T | Buy (add'l) | 02/05/18 | J | | |
| 10. | | | | | Buy (add'l) | 05/04/18 | J | | |
| 11. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 12. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 13. Sysco Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/29/18 | J | | |
| 14. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 15. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 16. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 17. Becton Dickinson & Co | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/03/18 | J | | |
| 19. | | | | | Sold<br>(part) | 05/30/18 | J | C | |
| 20. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 21. | | | | | Buy<br>(add'l) | 10/01/18 | J | | |
| 22. Express Scripts Inc | D | Dividend | | | Merged<br>(with line 215) | 12/20/18 | J | | |
| 23. Bank of New York Mellon C | A | Int./Div. | K | T | Buy<br>(add'l) | 02/12/18 | J | | |
| 24. | | | | | Buy<br>(add'l) | 05/14/18 | J | | |
| 25. | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 26. | | | | | Buy<br>(add'l) | 11/12/18 | J | | |
| 27. Wells Fargo & Co New | A | Int./Div. | K | T | Buy<br>(add'l) | 03/02/18 | J | | |
| 28. | | | | | Buy<br>(add'l) | 06/04/18 | J | | |
| 29. | | | | | Buy<br>(add'l) | 09/05/18 | J | | |
| 30. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 31. A F L A C Inc | A | Int./Div. | K | T | Buy<br>(add'l) | 03/02/18 | J | | |
| 32. | | | | | Sold<br>(part) | 03/20/18 | J | A | |
| 33. | | | | | Buy<br>(add'l) | 06/04/18 | J | | |
| 34. | | | | | Buy<br>(add'l) | 09/05/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 36. H C P Inc | | None | | | Buy (add'l) | 03/05/18 | J | | |
| 37. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 38. | | | | | Sold | 06/06/18 | J | | |
| 39. Visa Inc Class A | A | Int./Div. | K | T | Buy (add'l) | 03/07/18 | J | | |
| 40. | | | | | Buy (add'l) | 06/06/18 | J | | |
| 41. | | | | | Sold (part) | 07/25/18 | K | D | |
| 42. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 43. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 44. Western Union Company | | None | | | Buy (add'l) | 01/02/18 | J | | |
| 45. | | | | | Sold | 02/15/18 | K | C | |
| 46. Cognizant Tech Sol Cl A | | None | K | T | Buy (add'l) | 03/01/18 | J | | |
| 47. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 48. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 49. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 50. Oracle Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/25/18 | J | | |
| 51. | | | | | Buy (add'l) | 05/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 08/01/18 | J | | |
| 53. | | | | | Buy<br>(add'l) | 10/31/18 | J | | |
| 54. A T & T New | A | Int./Div. | J | T | Buy<br>(add'l) | 02/02/18 | J | | |
| 55. | | | | | Buy<br>(add'l) | 05/02/18 | J | | |
| 56. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |
| 57. | | | | | Buy<br>(add'l) | 08/02/18 | J | | |
| 58. | | | | | Buy<br>(add'l) | 11/02/18 | J | | |
| 59. Entergy Corp New | A | Int./Div. | J | T | Buy<br>(add'l) | 03/02/18 | J | | |
| 60. | | | | | Buy<br>(add'l) | 06/04/18 | J | | |
| 61. | | | | | Buy<br>(add'l) | 09/05/18 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 63. Salle Mae Bank CD | | None | | | Sold | 11/06/18 | J | | |
| 64. Discover Bank CD | B | Int./Div. | L | T | Sold<br>(part) | 07/31/18 | K | | |
| 65. BMW Bank North America C | | None | | | Sold | 11/15/18 | J | | |
| 66. GE Cap Bk Instl CD | | None | | | Merged<br>(with line 99) | 01/01/18 | J | | |
| 67. GE Cap Retail Bank | A | Int./Div. | J | T | | | | | |
| 68. CIT Bank CD | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>N =$250,001 - $500,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>O =$500,001 - $1,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>P1 =$1,000,001 - $5,000,000<br><br>T =Cash Market | E =$15,001 - $50,000<br><br>P2 =$5,000,001 - $25,000,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 70. Schwab Bank Deposit Account (formerly Schwab Money Market Fund) | A | Interest | J | T | | | | | |
| 71. Nucor Corp | A | Int./Div. | J | T | | | | | |
| 72. Pepsico Incorporated | A | Int./Div. | K | T | Buy (add'l) | 01/09/18 | J | | |
| 73. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 74. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 75. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 76. Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 77. Apple Computer Inc. | A | Int./Div. | K | T | Sold (part) | 07/25/18 | J | D | |
| 78. Vodafone Group Plc | A | Int./Div. | J | T | | | | | |
| 79. Kinder Morgan Inc. | A | Int./Div. | J | T | Buy (add'l) | 02/16/18 | J | | |
| 80. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 81. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 82. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 83. United Technologies Corp | A | Int./Div. | K | T | Buy (add'l) | 03/13/18 | J | | |
| 84. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 85. | | | | | Buy (add'l) | 09/11/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 87. TJX Cos Inc | A | Int./Div. | K | T | Buy (add'l) | 03/09/18 | J | | |
| 88. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 89. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 90. | | | | | Sold (part) | 11/09/18 | J | A | |
| 91. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 92. Amgen Incorporated | A | Int./Div. | K | T | Buy (add'l) | 03/09/18 | J | | |
| 93. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 94. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 95. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 96. PNC Finl Services Gp Inc | A | Int./Div. | K | T | Sold (part) | 05/09/18 | J | B | |
| 97. UPS of America | B | Int./Div. | K | T | | | | | |
| 98. Boeing Company | B | Int./Div. | K | T | | | | | |
| 99. Goldman Sachs Bank CD | B | Int./Div. | L | T | | | | | |
| 100. GE Capital Bank CD | A | Int./Div. | J | T | Sold (part) | 10/03/18 | K | A | |
| 101. Toronto Dominion Bank | A | Int./Div. | K | T | | | | | |
| 102. Emerson Electric Co | A | Int./Div. | K | T | Buy (add'l) | 03/12/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 104. | | | | | Sold (part) | 08/17/18 | J | C | |
| 105. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 106. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 107.  Genuine Parts Co. | A | Int./Div. | K | T | Buy (add'l) | 01/03/18 | J | | |
| 108. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 109. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 110. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 111.  Procter & Gamble Co | B | Int./Div. | K | T | Buy (add'l) | 02/16/18 | J | | |
| 112. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 113. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 114. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 115.  Johnson & Johnson | A | Int./Div. | K | T | Buy (add'l) | 03/14/18 | J | | |
| 116. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 117. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 118. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 119.  VF Corporation | A | Int./Div. | K | T | Sold (part) | 03/15/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 03/20/18 | J | | |
| 121. | | | | | Buy<br>(add'l) | 06/19/18 | J | | |
| 122. | | | | | Buy<br>(add'l) | 09/21/18 | J | | |
| 123. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 124. Johnson Controls plc | A | Int./Div. | J | T | | | | | |
| 125. Adient PLC Ord | | None | | | Sold | 03/05/18 | J | A | |
| 126. Western Digital Corp | A | Int./Div. | J | T | Buy<br>(add'l) | 01/17/18 | J | | |
| 127. | | | | | Buy<br>(add'l) | 04/17/18 | J | | |
| 128. | | | | | Buy<br>(add'l) | 07/17/18 | J | | |
| 129. | | | | | Buy<br>(add'l) | 10/16/18 | J | | |
| 130. Shire PLC ADR | | None | | | Sold | 01/19/18 | J | | |
| 131. Alliance Data Systems | A | Int./Div. | J | T | Buy<br>(add'l) | 03/21/18 | J | | |
| 132. | | | | | Buy<br>(add'l) | 06/20/18 | J | | |
| 133. | | | | | Buy<br>(add'l) | 09/20/18 | J | | |
| 134. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 135. Hospitality Pptys TRUST | A | Int./Div. | J | T | Buy<br>(add'l) | 02/23/18 | J | | |
| 136. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 138. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 139. Whirlpool Corp | A | Int./Div. | K | T | Buy (add'l) | 03/16/18 | J | | |
| 140. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 141. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 142. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 143. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 144. Expeditors Intl of WA Inc. | A | Int./Div. | K | T | | | | | |
| 145. Community Trust CD | A | Int./Div. | J | T | | | | | |
| 146. Smucker J. M. Co New | A | Int./Div. | K | T | Buy (add'l) | 03/02/18 | J | | |
| 147. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 148. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 149. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 150. Celgene Corp | | None | J | T | | | | | |
| 151. Verizon Communications | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 152. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 153. | | | | | Buy (add'l) | 08/02/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 11/02/18 | J | | |
| 155. Altria Group Inc. | A | Int./Div. | K | T | | | | | |
| 156. Adobe Systems Inc. | A | Int./Div. | K | T | | | | | |
| 157. Exxon Mobil Corporation | A | Int./Div. | K | T | Buy<br>(add'l) | 03/12/18 | J | | |
| 158. | | | | | Buy<br>(add'l) | 06/12/18 | J | | |
| 159. | | | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 160. | | | | | Buy<br>(add'l) | 12/11/18 | J | | |
| 161. Compass Minerals Intl | A | Int./Div. | J | T | Buy<br>(add'l) | 03/16/18 | J | | |
| 162. | | | | | Buy<br>(add'l) | 06/18/18 | J | | |
| 163. | | | | | Buy<br>(add'l) | 09/18/18 | J | | |
| 164. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 165. Air Prod & Chemicals Inc | A | Int./Div. | J | T | Buy<br>(add'l) | 02/13/18 | J | | |
| 166. | | | | | Buy<br>(add'l) | 05/15/18 | J | | |
| 167. | | | | | Buy<br>(add'l) | 08/14/18 | J | | |
| 168. | | | | | Buy<br>(add'l) | 11/14/18 | J | | |
| 169. FedEx Corporation | A | Int./Div. | J | T | Buy<br>(add'l) | 01/03/18 | J | | |
| 170. | | | | | Buy<br>(add'l) | 04/03/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 172. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 173. Nike Inc Class B | A | Int./Div. | K | T | Buy (add'l) | 01/03/18 | J | | |
| 174. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 175. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 176. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 177. Disney Walt Co | A | Int./Div. | K | T | Buy (add'l) | 01/12/18 | J | | |
| 178. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 179. Hanesbrands Inc. | A | Int./Div. | J | T | Buy (add'l) | 03/14/18 | J | | |
| 180. | | | | | Buy (add'l) | 06/06/18 | J | | |
| 181. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 182. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 183. Pfizer Incorporated | A | Int./Div. | K | T | Buy (add'l) | 03/02/18 | J | | |
| 184. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 185. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 186. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 187. Roche Hldg Ltd Spon Adrf | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Sabre Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/02/18 | J | | |
| 189. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 190. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 191. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 192. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 193. Nrtn Sts Pwr Co | B | Int./Div. | K | T | | | | | |
| 194. Blackrock Inc. | A | Int./Div. | J | T | Buy | 05/03/18 | K | | |
| 195. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 196. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 197. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 198. Schwab Value Advantage | B | Int./Div. | M | T | Buy | 12/31/18 | M | | |
| 199. Apergy Corp (X) | | None | | | Sold (part) | 05/09/18 | J | | |
| 200. | | | | | Sold | 06/13/18 | J | A | |
| 201. Intel Corp | A | Int./Div. | K | T | Buy | 05/30/18 | K | | |
| 202. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 203. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 204. Cummins Inc. | A | Int./Div. | K | T | Buy | 07/31/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 09/15/18 | J | | |
| 206. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 207.  Starbucks Corp | | None | K | T | Buy | 05/25/18 | K | | |
| 208. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 209. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 210.  Facebook Inc Class A | | None | J | T | Buy | 05/25/18 | K | | |
| 211.  Duke Energy Corp | A | Int./Div. | J | T | Buy | 07/31/18 | J | | |
| 212. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 213. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 214.  Honeywell Intl Inc. | A | Int./Div. | K | T | Buy | 09/28/18 | K | | |
| 215.  Cigna (X) | A | Int./Div. | J | T | Sold (part) | 12/26/18 | J | A | |
| 216.  Cisco Systems Inc. | A | Int./Div. | K | T | Buy | 09/28/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 9:

CVS Caremark Corporation changed its corporate name to CVS Health Corp.

Part VII, Lines 22 and 215:

Cigna Corporation completed its combination with Express Scripts Holding Company in December 2018. As a holder of Express Script stock, shares of New Cigna common stock and capital gain distributions were received.

Part VII, Lines 66 and 99:

Any income and ending fair market value at 12/31/18 for GE Capital Bk Instl CD is now being included on line 99 as part of the Goldman Sachs.

Part VII, Line 70:

Schwab Money Market Fund's name has been updated to Schwab Bank Deposit Account for the year ending 12/31/18.

Part VII, Line 199:

Dover shareholders (line 7) were distributed one share of Apergy Corporation stock for every two shares of Dover stock held as of April 30, 2018. Both the Dover and Apergy investments were completely disposed of as of 12/31/18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544